IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2216-JLK**

**CONQUEST OIL COMPANY, a Colorado corporation,**

    Plaintiff,

v.

**QUADNA, INC., an Arizona corporation,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulation for Dismissal with Prejudice (doc. #27), filed July 31, 2007, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 31st day of July, 2007.

                        BY THE COURT:

                        *S/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT